Copley v Harrison and Wife.

GEORGE W. COPLEY *v*. BENJAMIN HARRISON and Wife.

APPEAL from the District Court of Union, *Boyce*, J.

BULLARD, J. This is an action by an attorney at law, to re-
cover his fee for professional services rendered to the defendants.
There was a verdict and judgment for the defendants, and the
plaintiff has appealed.

The case in which the plaintiff was employed was much liti-
gated, was pending several years, and was twice before this court
on appeal. The parties finally compromised, without consulting
the plaintiff. In the account annexed to the petition the plaintiff
charges $650 for his fee, and gives credit for the net proceeds
of a note of the defendants for $150, discounted in bank, for
which he received the sum of $141 16. The jury appear to have
thought, either that that sum was received as full compensa-
tion, or that it was as much as the plaintiff's services were
worth. We cannot concur in this conclusion. There is no
plea of payment, and the services we think were worth more.
Considering the amount in dispute, and the protracted litigation
attending the case, we think the plaintiff entitled to a fee of $500.
Deducting the amount already received, there will remain due
$358 84, for which he is entitled to a judgment.

The judgment is, therefore, reversed, and the verdict set aside;
and proceeding to give such judgment as ought, in our opinion, to
have been rendered below, it is adjudged and decreed that the
plaintiff recover the sum of $358 84, with costs in both courts,
and interest at five per cent from judicial demand.

*Copley*, appellant, *pro se*.
*McGuire*, contra.